## ATWOOD v. STATE.
### No. 18531.

Court of Criminal Appeals of Texas.
June 26, 1936.

Appeal from District Court, Smith County; Walter G. Russell, Judge.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for felony theft, punishment assessed at confinement in the penitentiary for a term of five years.

Appellant has filed his affidavit with this court advising that he does not desire further to prosecute his appeal, and at his request the same is ordered dismissed.

MORROW, P. J., absent.